UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:19-cv-81529-RS

HOWARD COHAN,

    Plaintiff,

vs.

RACETRAC PETROLEUM, INC.,
d/b/a RACETRAC

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, RACETRAC PETROLEUM, INC., d/b/a RACETRAC, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 20, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Elizabeth M. Rodriguez** |
| Gregory S. Sconzo, Esq. | Elizabeth M. Rodriguez |
| Florida Bar No.: 0105553 | Florida Bar No. 821690 |
| Sconzo Law Office, P.A. | FordHarrison, LLP |
| 3825 PGA Boulevard, Suite 207 | 100 S.E. 2nd Street, Suite 2150 |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 808-2143 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 808-2101 |
| Service Email: sconzolaw@gmail.com | erodriguez@fordharrison.com |
| Email: greg@sconzolawoffice.com | Attorney for Defendant |
| Attorney for Plaintiff | |

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

       **<u>/s/ Gregory S. Sconzo</u>**
       **Gregory S. Sconzo, Esq.**