UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:19-cv-81529-RS

vs.

RACETRAC PETROLEUM, INC.,
d/b/a RACETRAC,

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    The Plaintiff, HOWARD COHAN and the Defendant, RACETRAC PETROLEUM, INC., d/b/a RACETRAC, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against RACETRAC PETROLEUM, INC., d/b/a RACETRAC and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED February 21, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Elizabeth M. Rodriguez** |
| Gregory S. Sconzo, Esq. | Elizabeth M. Rodriguez. |
| Florida Bar No.: 0105553 | Florida Bar No. 821690 |
| Sconzo Law Office, P.A. | FordHarrison, LLP |
| 3825 PGA Boulevard, Suite 207 | 100 S.E. 2nd Street, Suite 2150 |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 808-2143 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 808-2101 |
| Service Email: sconzolaw@gmail.com | erodriguez@fordharrison.com |
| Email: greg@sconzolawoffice.com | Attorney for Defendant. |
| Attorney for Plaintiff | RaceTrac Petroleum, Inc. |

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on February 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

       **/s/ Gregory S. Sconzo**
       **Gregory S. Sconzo, Esq.**