**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 19-81529-CIV-SMITH

HOWARD COHAN,

     Plaintiff,

v.

RACETRAC PETROLEUM, INC.,

     Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 10]. The Court having considered the Stipulation and being otherwise duly informed therein, it is **ORDERED** as follows:

1. The Stipulation [DE 10] is **APPROVED**.

2. The above-styled case is **DISMISSED WITH PREJUDICE**.

3. Each party shall bear its own costs and fees except as provided in the parties' settlement agreement.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of February, 2020.

_____

RODNEY SMITH
UNITED STATES DISTRICT JUDGE